UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BANKERS INSURANCE CO. | * | CIVIL ACTION |
| VERSUS | * | NO. 21-831 |
| METROPOLITAN GASTROENTEROLOGY ASSOCIATES, INC., ET AL. | * | SECTION "J"(2) |

## **JUDGMENT**

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendants, Metropolitan Gastroenterology Associates, L.L.C., Kelli McDermott, and Faith Riggins, **DISMISSING WITHOUT PREJUDICE** Plaintiff's complaint.

New Orleans, Louisiana, this 21st day of June, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE